275 U. S.    Cases Disposed of Without Consideration by the Court.

No. 161. E. M. JONES BURGET *v.* THE BOROUGH OF DORMONT, PITTSBURGH, PENNSYLVANIA. Error to the Circuit Court of Appeals for the Third Circuit. November 28, 1927. Dismissed pursuant to Rule 11. *E. M. Jones Burget, pro se.* No appearance for the defendant in error.

No. 128. SEABOARD AIR LINE RAILWAY COMPANY, *v.* STATE OF FLORIDA, EX REL. R. HUDSON BURR, A. S. WELLS, ET AL. On writ of certiorari to the Supreme Court of the State of Florida. December 1, 1927. Dismissed on motion of *Messrs. T. W. Davis, James F. Wright, W. E. Kay, Thos. B. Adams* and *Frank W. Gwathmey* for petitioner. *Messrs. Fred. H. Davis* and *George C. Bedell* for respondents.

No. 129. ATLANTIC COAST LINE RAILROAD COMPANY *v.* STATE OF FLORIDA, EX REL. R. HUDSON BURR, A. S. WELLS, ET AL. On writ of certiorari to the Supreme Court of the State of Florida. December 1, 1928. Dismissed on motion of *Messrs. T. W. Davis, James F. Wright, W. E. Kay, Thos. B. Adams* and *Frank W. Gwathmey* for petitioner. *Messrs. Fred H. Davis* and *G. C. Bedell* for respondents.

No. 192. GEORGE McNEIR *v.* CHARLES W. ANDERSON, COLLECTOR. On writ of certiorari to the Circuit Court of Appeals for the Second Circuit. January 3, 1928. Reversed on confession of error, and mandate granted, on motion of *Solicitor General Mitchell* in that behalf. *Mr. Russell L. Bradford* for petitioner.

No. 505. CHICAGO CHEESE AND FARM PRODUCTS Co. *v.* UNITED STATES. On petition for writ of certiorari to the Court of Claims. January 3, 1928. Dismissed on mo-